IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ENZZO ENMANUEL DE JESUS LOPEZ-AREVELO,** | § § § § | |
| Petitioner, | § § | |
| v. | § § | **CAUSE NO. EP-25-CV-337-KC** |
| **GARRETT RIPA, et al.,** | § § § | |
| Respondents. | § | |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On this day, the Court held a hearing on the merits of Petitioner Lopez-Arevelo's Petition for a Writ of Habeas Corpus, ECF No. 1. The Court previously entered a Temporary Restraining Order ("TRO") enjoining Respondents from (1) removing or deporting Lopez-Arevelo from the United States, or (2) transferring Lopez-Arevelo to any facility outside the boundaries of this District during the pendency of these proceedings. Aug. 26, 2025, Order 3–4, ECF No. 11. That TRO was set to expire at 11:59 p.m. on September 8, 2025. *Id.* at 4. And that expiration remains in effect "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2).

The Court finds good cause to extend the TRO for two reasons. First, because Respondents represented at the hearing that Petitioner is not currently subject to expedited removal under 8 U.S.C. 1225(b)(1)(A) and thus is not in danger of imminent removal from the United States. Minute Entry, ECF No. 21. And second, the Court requires additional time to consider the merits of the Petition, which was just amended this afternoon. *See* Am. Pet., ECF No. 20.

Accordingly, it is **ORDERED** that the Temporary Restraining Order, ECF No. 11, **SHALL REMAIN IN FULL FORCE AND EFFECT**. Respondents **SHALL NOT** (1) remove or deport Lopez-Arevelo from the United States, or (2) transfer Lopez-Arevelo to any facility outside the boundaries of the Western District of Texas. Unless otherwise ordered, this TRO expires at **11:59 p.m. on September 22, 2025**. *See* Fed. R. Civ. P. 65(b)(2).

**SO ORDERED**.

**SIGNED this 8th day of September, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE