**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ENZZO ENMANUEL DE JESUS LOPEZ-AREVELO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-25-CV-337-KC** |
| **GARRETT RIPA, et al.,** | § § § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case. On September 21, 2025, the Court granted in part Lopez-Arevelo's Amended Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide Lopez-Arevelo with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Lopez-Arevelo's continued detention; or (2) release Lopez-Arevelo from custody, under reasonable conditions of supervision. Sept. 21, 2025, Order 27–28, ECF No. 26. The Court also ordered Respondents to file written notice informing the Court whether Lopez-Arevelo had been released from custody. *Id.* at 28.

In accordance with the Court's Order, Respondents filed an Advisory to the Court ("Advisory"), ECF No. 27. Respondents inform the Court that, upon Respondents' motion, a bond hearing was held by the IJ on September 25, 2025. *Id.* at 1. The IJ ordered Lopez-Arevelo released from custody under a $1,500 bond. *Id.* While Respondents have reserved appeal of this decision, they released Lopez-Arevelo on September 26, upon his posting of the bond. *Id.* Respondents further inform the Court that they notified opposing counsel of Lopez-Arevelo's

release via email to request independent confirmation of his release but have not received a response. *Id.*

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice informing the Court whether any matters remain to be resolved in this case **by no later than October 16, 2025**.

**SO ORDERED**.

**SIGNED this 2nd day of October, 2025.**

_____

*KATHLEEN  CARDONE*
*UNITED STATES DISTRICT JUDGE*