IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ENZZO ENMANUEL DE JESUS LOPEZ-AREVELO,<br><br>  Petitioner,<br><br>v.<br><br>GARRETT RIPA, et al.,<br><br>  Respondents. | §<br>§<br>§<br>§<br>§<br>§   CAUSE NO. EP-25-CV-337-KC<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day, the Court considered the case. On September 21, 2025, the Court granted in part Lopez-Arevelo's Amended Petition for Writ of Habeas Corpus. Sept. 21, 2025, Order 1, 27–28, ECF No. 26. Thereafter, the Court ordered the parties to meet and confer and file notice of whether any matters remained to be resolved in the case. Oct. 2, 2025, Order, ECF No. 28. The parties now state that they have conferred over email and "jointly determined that there are no other matters that remain to be resolved by the Court." Joint Notice 1, ECF No. 29.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 17th day of October, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE